NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATTI DONNER RUBIN,**
*Plaintiff – Appellant,*

v.

**SCOTTS COMPANY LLC,**
*Defendant – Appellee.*

---

14-1319

---

Appeal from the United States District Court for the District of Nevada in No. 2:09-cv-02419-GMN-VCF United States District Judge Gloria M. Navarro

---

ON MOTION

O R D E R

Upon consideration of the Appellant Patti Donner Rubin's unopposed motion to extend time to file her principal brief until May 13, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                                  FOR THE COURT

April 23, 2014                 /s/ Daniel E. O'Toole
                                                  Daniel E. O'Toole
                                                  Clerk of Court