NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PATTI DONNER RUBIN,**
*Plaintiff – Appellant,*

v.

**SCOTTS COMPANY LLC,**
*Defendant – Appellee.*

---

14-1319

---

Appeal from the United States District Court for the District of Nevada in No. 2:09-cv-02419-GMN-VCF United States District Judge Gloria M. Navarro.

---

ON MOTION

O R D E R

Upon consideration of the Appellant Patti Donner Rubin's unopposed motion to extend time to file her principal brief until May 27, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                           FOR THE COURT

May 8, 2014                    /s/ Daniel E. O'Toole
                                   Daniel E. O'Toole
                                   Clerk of Court