# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1319 - Rubin v. Scotts Company LLC

**Joint Appendix** [paper copies only]

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected appendix [paper copies only] must be filed within 5 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. Counsel may elect to make corrections to the rejected version held in the Clerk's Office, or file a corrected set of appendices. *(Applies to briefs filed in paper format only.)*
2. To make corrections to the copies held in the Clerk's Office. Corrections must only be made by counsel of record or by designee. Briefs cannot leave the Clerk's Office. (See Practice Note 32) *(Applies to briefs filed in paper format only.)*
3. Inserts cannot extend beyond the original pages and cannot be left loose in the brief. *(Applies to briefs filed in paper format only.)*
4. The corrected version must be served on all counsel.
5. The corrected version must be accompanied by a new proof of service.
6. The deficiencies cited in this order must be the only changes made to the brief or appendix.

                                                                            FOR THE COURT

August 14, 2014                                                                          /s/ Daniel E. O'Toole
                                                                                     Daniel E. O'Toole
                                                                                     Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 14-1319 - Rubin v. Scotts Company LLC

The Joint Appendix [paper copies only] has been rejected for following reasons:

- The cover does not contain the correct title of the document. Fed. R. App. P. 32(a)(2)(E)